UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

3E MOBILE LLC,

       PLAINTIFF,

 V.

GLOBAL CELLULAR, INC.,

       DEFENDANT.

CIVIL ACTION NO. 6:12-CV-06432

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this action, by an through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint against defendant Global Cellular, Inc. is dismissed with prejudice, with each party to bear their own costs.

October 7, 2013

HISCOCK & BARCLAY, LLP

_____
Michael A. Oropallo, Esq.
John D. Cook, Esq.
One Park Place
300 South State Street
Syracuse, New York 13202
(315) 425-2700
moropallo@hblaw.com

October 7, 2013

HARTER SECREST & EMERY LLP

_____
Kimberly I. Shimomura, Esq.
1600 Bausch and Lomb Place
Rochester, New York 14604-2711
(585) 232-6500
kshimomura@hselaw.com

*Attorneys for Plaintiff 3E Mobile LLC*

2583542_1

KILPATRICK TOWNSEND &
STOCKTON LLP
Christopher P. Bussert, Esq.
(*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 815-6545
cbussert@kilpatricktownsend.com

Robert N. Potter, Esq.
1114 Avenue of the Americas
New York, New York 10036
(212) 775-8733
rpotter@kilpatricktownsend.com

*Attorneys for Defendant Global Cellular, Inc.*

2583542_1